# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| ZADIK, NATAN M. | § § | Case No. 08-34024 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          KENNETH S. GARDNER
          CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/06/2011 in Courtroom 644,
          UNITED STATES BANKRUPTCY COURT
          219 SOTH DEARBORN STREET
          CHICAGO, ILLINOIS 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/31/2011                              By: /s/ Barry A. Chatz, Trustee


BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606-0000

```
                             United States Bankruptcy Court
                             Northern District of Illinois
```

In re:                                                                  Case No. 08-34024-PSH
Natan M. Zadik                                                          Chapter 7
         Debtor                      **CERTIFICATE OF NOTICE**

| District/off: 0752-1 | User: mrahmoun | Page 1 of 2 | Date Rcvd: Oct 31, 2011 |
|---|---|---|---|
| | Form ID: pdf006 | Total Noticed: 30 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2011.
```
db          +Natan M. Zadik,    4947 N Albany,    Chicago, IL 60625-4292
12956125    +ADT Security Services,    14200 E. Exposition Ave.,    Aurora, Co 80012-2540
14112891    +Amcore Bank N.A.,    c/o Fred R. Harbecke,    29 S. LaSalle, Suite 945,    Chicago, IL 60603-1526
13023948    +BELLINGTON REALTY,    226 S MERAMEC,    CLAYTON MO 63105-3543
12956126    +Blavvise & Browne Investment Group, Inc.,    30 W. 14th, St.,    Chicago, IL 60605-2714
12956127     CapFinancial CVS, LLC,    SDS 12-2842 PO Box 86,    Minneapolis, MN 55468-2842
12956128    +Citi Mortgage,    1000 Technology Drive,    O'Fallon, Missouri 63368-2240
12956142    +David E. & Vicki Senoff-Effergan,    9332 N. Kildare,    Skokie, Il 60076-1447
12956129    +Delaware Place Bank,    Sharon Liska,    190 E. Delaware Place,    Chicago, Il 60611-1814
13023947    +EIGHTEEN INVESTMENTS INC,    226 S MERAMEC,    CLAYTON MO 63105-3543
12956130    +GE Capital Mortgage,    Three Executive Campus,    Cherry Hill, NJ 08002-4103
12956131    +HomeComings Financial,    3451 Hammond Avenue,    Waterloo, IA 50702-5345
14065413    +InBank f/k/a Interstate Bank,    c/o Ashack & Daudish, P.C.,    P.O. Box 526,
              Oak Forest, IL 60452-0526
12956132    +Inland Bank,    C/o Carey, Filter, White & Boland,    33 West Jackson Blvd.,
              Chicago, IL 60604-4092
12956134    +Inland High Leverage Capital,    c/o Scott & Kraus LLC,    150 S Wacker Dr Suite 2900,
              Chicago, IL 60606-4206
12956135    +Internal Revenue Service,    PO Box 19468,    Springfield, Il 62794-9468
12956136    +Interstate Bank,    1854 W. Division St.,    Chicago, IL 60622-3117
13041753    +Kinra Sonia S,    Scott & Kraus,    150 S Wacker Drive,    Suite 2900,
              Chicago, Illinois 60606-4206
13041752    +Kraus Eugene S,    Scott & Kraus LLC,    150 S Wacker Drive,    Suite 2900,
              Chicago, Illinois 60606-4206
12956137    +MB Financial Bank,    801 West Madison,    Chicago, IL 60607-2607
12956138    +MonTauk Manor Condominium Association,    1286 N. Milwaukee Ave.,    Chicago, IL 60622-9319
12956139    +National City Bank,    100 South Brentwood,,    Clayton, MO 63105-1635
12956140    +Prins Bank,    P.O. Box 38,    Prinsburg, MN 56281-0038
13815228    +Prins Bank,    c/o Scott T Larison,    Gray Plant Mooty,    1010 west St Germain Suite 500,
              St Cloud MN 56301-4162
12956141    +Ridgestone Bank,    13925 W. North Ave.,    Brookfield, WI 53005-4976
12956143    +Sunbelt Lending Services,    300 S. Park Place Blvd.,,    Suite 150,    Clearwater, FL 33759-4931
12956145    +U.S. Bank National Assoc.,    c/o Shapiro & Fishman,    2424 N. Federal Hwy.,
              Boca Raton, FL 33431-7735
12956146    +Village of Riverdale,    157 W. 144th St.,    Riverdale, IL 60827-2707
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13834816    +E-mail/Text: resurgentbknotifications@resurgent.com Nov 01 2011 02:23:51
              PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
12956144    +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Nov 01 2011 02:26:38      United States Trustee,
              219 S. Dearborn St, Ste 873,    Chicago, IL 60604-2027
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12956124     Creditor Matrix
12956123     United States Bankruptcy Court,    Northern District of Illinois,    Eastern Division,
              In re: Zadik, Natan M.,    Chapter 7
12956133*    Inland Bank,    c/o Carey Filter White & Boland,    33 West Jackson Blvd,    Chicago IL 60604-4092
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: mrahmoun             Page 2 of 2            Date Rcvd: Oct 31, 2011
                              Form ID: pdf006            Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 02, 2011**             **Signature:** _Joseph Speetjens_