UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ZADIK, NATAN M. § Case No. 08-34024
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on     . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/BARRY A. CHATZ_____
                                                                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | INBANK F/K/A INTERSTATE BANK |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| COHEN & KROL | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMCORE BANK N.A. | | | | | |
| 000001 | CITIBANK (SOUTH DAKOTA) N.A. | | | | | |
| 000006 | DELAWARE PLACE BANK | | | | | |
| 000004 | INLAND BANK | | | | | |
| 000005 | INLAND HIGH LEVERAGE CAPITAL | | | | | |
| 000002 | PYOD LLC SUCCESSOR OF CITIBANK | | | | | |
| 000008 | BLAVVISE & BROWNE INVESTMENT GROUP, | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 08-34024 PSH Judge: PAMELA S. HOLLIS | Trustee Name: BARRY A. CHATZ |
| Case Name: ZADIK, NATAN M. | Date Filed (f) or Converted (c): 12/12/08 (f) |
| | 341(a) Meeting Date: 01/23/09 |
| For Period Ending: 05/02/12 | Claims Bar Date: 06/30/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE  5633 N. St. Louis  Chicago, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. RENTAL PROPERTY  4947 NORTH ALBANY, CHICAGO, IL 60625 | 0.00 | Unknown | DA | 0.00 | FA |
| 3. RENTAL PROPERTY  206 SE PARK STREET, DANIA, FLORIDA | 0.00 | Unknown | DA | 0.00 | FA |
| 4. RENTAL PROPERTY  1351 ALTGELD, CHICAGO, IL | 0.00 | Unknown | DA | 0.00 | FA |
| 5. RENTAL PROPERTY  1834 BARRY, CHICAGO, IL | 0.00 | Unknown | DA | 0.00 | FA |
| 6. RENTAL PROPERTY  1839 WEST BARRY, CHICAGO, IL | 0.00 | Unknown | DA | 0.00 | FA |
| 7. RENTAL PROPERTY  2333 WEST HADDON AVENUE, CHICAGO, IL 60622 | 0.00 | Unknown | DA | 0.00 | FA |
| 8. RENTAL PROPERTY  8945 KNOX AVENUE, SKOKIE, IL 60076 | 0.00 | Unknown | DA | 0.00 | FA |
| 9. RENTAL PROPERTY  7937 SOUTH MARQUETTE AVENUE, CHICAGO, IL | 0.00 | Unknown | DA | 0.00 | FA |
| 10. RENTAL PROPERTY  2020 LAMON, CHICAGO, IL 60639 | 0.00 | Unknown | DA | 0.00 | FA |
| 11. RENTAL PROPERTY  1286 NORTH MILWAUKEE AVENUE, CHICAGO, IL 60622 | 0.00 | Unknown | DA | 0.00 | FA |
| 12. RENTAL PROPERTY  7432-34 NORTH OAKLEY, CHICAGO, IL 60645 | 0.00 | Unknown | DA | 0.00 | FA |
| 13. RENTAL PROPERTY | 0.00 | Unknown | DA | 0.00 | FA |

Case 08-34024 Doc 88 Filed 05/22/12 Entered 05/22/12 09:58:07 Desc Main
Document Page 7 of 15

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 08-34024   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | ZADIK, NATAN M. | Date Filed (f) or Converted (c): | 12/12/08 (f) | |
| | | 341(a) Meeting Date: | 01/23/09 | |
| | | Claims Bar Date: | 06/30/09 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1261 NORTH PAULINA, CHICAGO, IL | | | | | |
| 14. RENTAL PROPERTY | 0.00 | Unknown | DA | 0.00 | FA |
| 2320 19TH AVENUE, HOLLYWOOD, FLORIDA 33020 | | | | | |
| 15. RENTAL PROPERTY | 0.00 | Unknown | DA | 0.00 | FA |
| 2247 POLK, HOLLYWOOD, FLORIDA 33020 | | | | | |
| 16. RENTAL PROPERTY | 0.00 | Unknown | DA | 0.00 | FA |
| 2650 NORTH RIDGEWAY, CHICAGO, IL 60647 | | | | | |
| 17. RENTAL PROPERTY | 0.00 | Unknown | DA | 0.00 | FA |
| 14113 SOUTH STEWART, RIVERDALE, IL 60827 | | | | | |
| 18. RENTAL PROPERTY | 0.00 | Unknown | DA | 0.00 | FA |
| 6201 SOUTH TROY, CHICAGO, IL 60629 | | | | | |
| 19. RENTAL PROPERTY | 0.00 | Unknown | DA | 0.00 | FA |
| 13700 WENTWORTH, RIVERDALE, IL 60627 | | | | | |
| 20. CASH | 89.00 | Unknown | DA | 0.00 | FA |
| CASH ON HAND | | | | | |
| 21. FINANCIAL ACCOUNTS | 1,440.00 | Unknown | DA | 0.00 | FA |
| CITIBANK - XXX-888 | | | | | |
| 22. HOUSEHOLD GOODS | 2,800.00 | Unknown | DA | 0.00 | FA |
| HOUSEHOLD GOODS AND FURNISHINGS | | | | | |
| 23. BOOKS/COLLECTIBLES | 350.00 | Unknown | DA | 0.00 | FA |
| MISCELLANEOUS AUDIO AND VIDEO ITEMS | | | | | |
| 24. WEARING APPAREL | 250.00 | Unknown | DA | 0.00 | FA |
| MISCELLANEOUS PERSONAL CLOTHING, WEARING APPAREL | | | | | |
| 25. FURS AND JEWELRY | 450.00 | Unknown | DA | 0.00 | FA |
| Watch, religious items | | | | | |
| 26. INSURANCE POLICIES | 6,435.52 | Unknown | DA | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.06a

Case 08-34024 Doc 88 Filed 05/22/12 Entered 05/22/12 09:58:07 Desc Main
Document Page 8 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| Case No: | 08-34024 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
| Case Name: | ZADIK, NATAN M. | | | Date Filed (f) or Converted (c): | 12/12/08 (f) |
| | | | | 341(a) Meeting Date: | 01/23/09 |
| | | | | Claims Bar Date: | 06/30/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| MONY xxx476 - Cash value $6,435.52 | | | | | |
| 27. RETIREMENT PLANS | 37,430.00 | Unknown | DA | 0.00 | FA |
| AIG xxx9453 - 31,373.00 | | | | | |
| AIG xxx9238 - 2,407.72 | | | | | |
| AIG xxx9214 - 3,649.11 | | | | | |
| 28. PARTNERSHIPS | 0.00 | Unknown | DA | 0.00 | FA |
| ECHO INVESTMENTS, LLC | | | | | |
| DEBTOR IS MEMBER | | | | | |
| 29. PARTNERSHIPS | 0.00 | Unknown | DA | 0.00 | FA |
| 2650 N. RIDGEWAY, LLC | | | | | |
| DEBTOR IS MEMBER | | | | | |
| 30. PARTNERSHIPS | 0.00 | Unknown | DA | 0.00 | FA |
| ECHO REISENFELD, LLC | | | | | |
| DEBTOR IS MEMBER | | | | | |
| 31. PARTNERSHIPS | 0.00 | Unknown | DA | 0.00 | FA |
| 6201 S. TROY, LLC | | | | | |
| DEBTOR IS MEMBER | | | | | |
| 32. PARTNERSHIPS | 0.00 | Unknown | DA | 0.00 | FA |
| 1839 W. BARRY, LLC | | | | | |
| DEBTOR IS MEMBER | | | | | |
| 33. PARTNERSHIPS | 0.00 | Unknown | DA | 0.00 | FA |
| 1834 W. BARRY, LLC | | | | | |
| DEBTOR IS MEMBER | | | | | |
| 34. PARTNERSHIPS | 0.00 | Unknown | DA | 0.00 | FA |
| ECHO BUILDERS, LLC | | | | | |
| DEBTOR IS MEMBER | | | | | |
| 35. PARTNERSHIPS | 0.00 | Unknown | DA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 08-34024 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | ZADIK, NATAN M. | | | Date Filed (f) or Converted (c): | 12/12/08 (f) |
| | | | | 341(a) Meeting Date: | 01/23/09 |
| | | | | Claims Bar Date: | 06/30/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| ECHO MORTGAGE, LLC<br>DEBTOR IS MEMBER | | | | | |
| 36. PARTNERSHIPS<br>7432 N. OAKLEY, LLC<br>DEBTOR IS MEMBER | 0.00 | Unknown | DA | 0.00 | FA |
| 37. PARTNERSHIPS<br>QUALITY CLIENT SERVICES, LLC<br>DEBTOR IS MEMBER | 0.00 | Unknown | DA | 0.00 | FA |
| 38. PARTNERSHIPS<br>RIDGEMORE, LLC<br>DEBTOR IS MEMBER | 0.00 | Unknown | DA | 0.00 | FA |
| 39. PARTNERSHIPS<br>RISING REALTY, LLC<br>DEBTOR IS MANAGING PARTNER | 0.00 | 0.00 | DA | 15,500.00 | FA |
| 40. PARTNERSHIPS<br>5633 N. ST. LOUIS, LLC<br>DEBTOR IS MEMBER | 0.00 | Unknown | DA | 0.00 | FA |
| 41. PARTNERSHIPS<br>ECHO INVESTMENTS FL, LLC<br>DEBTOR IS MEMBER | 0.00 | Unknown | DA | 0.00 | FA |
| 42. PARTNERSHIPS<br>ABSOLUT INVESTMENTS (n/k/a ECHO INVESTMENTS FL, LLC) | 0.00 | Unknown | DA | 0.00 | FA |
| 43. AUTOMOBILES, TRUCKS, TRAILERS, AND<br>2008 INFINITY XF 35 LEASE | 0.00 | Unknown | DA | 0.00 | FA |
| 44. OFFICE EQUIPMENT<br>DESK, FILING CABINET | 50.00 | Unknown | DA | 0.00 | FA |

Case 08-34024  Doc 88  Filed 05/22/12  Entered 05/22/12 09:58:07  Desc Main
Document  Page 10 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 5
Exhibit 8

Case No:        08-34024    PSH    Judge: PAMELA S. HOLLIS         Trustee Name:                BARRY A. CHATZ
Case Name:      ZADIK, NATAN M.                                     Date Filed (f) or Converted (c):   12/12/08 (f)
                                                                    341(a) Meeting Date:         01/23/09
                                                                    Claims Bar Date:             06/30/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 7.96 | FA |

                                                                                                              Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)            $49,294.52          $0.00               $15,507.96            $0.00
                                                                                                      (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HEARD 12/6/11; ALL CHECKS HAVE NOW CLEARED THE BANK; TDR TO BE PREPARED AND SUBMITTED BY FEBRUARY 29, 2012.

Initial Projected Date of Final Report (TFR): 06/30/10        Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-34024 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | ZADIK, NATAN M. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9968  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5277 | | |
| For Period Ending: | 05/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/22/09 | 39 | JASON SHAPIRO | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 3,125.00 | | 3,125.00 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 3,125.02 |
| 08/03/09 | 39 | JASON SHAPIRO | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 12,375.00 | | 15,500.02 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 15,500.38 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,500.76 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,501.15 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,501.53 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,501.92 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,502.31 |
| 02/12/10 | 000301 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 15.17 | 15,487.14 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 15,487.50 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,487.90 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,488.28 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,488.67 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,489.06 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,489.45 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,489.85 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,490.23 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,490.62 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,491.01 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,491.40 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,491.79 |
| 02/04/11 | 000302 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 13.36 | 15,478.43 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,478.55 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,478.68 |

Page Subtotals          15,507.21          28.53

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-34024 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | ZADIK, NATAN M. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9968 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5277 | | |
| For Period Ending: | 05/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,478.80 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,478.94 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,479.07 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,479.19 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,479.33 |
| 09/26/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 15,479.43 |
| 09/26/11 | | Transfer to Acct #*******7549 | Final Posting Transfer | 9999-000 | | 15,479.43 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 15,507.96 | 15,507.96 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 15,479.43 | |
| Subtotal | | 15,507.96 | 28.53 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 15,507.96 | 28.53 | |

Page Subtotals        0.75        15,479.43

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-34024 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | ZADIK, NATAN M. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7549  BofA - Checking Account |
| Taxpayer ID No: | *******5277 | | |
| For Period Ending: | 05/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/11 | | Transfer from Acct #*******9968 | Transfer In From MMA Account | 9999-000 | 15,479.43 | | 15,479.43 |
| 09/29/11 | 003001 | Illinois Department of Revenue<br>P.O. Box 19009<br>Springfield, IL 62794-9009 | PRIORITY TAX CLAIMS 507(a)(8)<br>12/31/2009 Taxes | 2820-000 | | 192.00 | 15,287.43 |
| 12/06/11 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 2,300.80 | 12,986.63 |
| 12/06/11 | 003003 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 58.92 | 12,927.71 |
| 12/06/11 | 003004 | COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, ILLINOIS 60602 | ATTORNEY FOR TRUSTEE | 3210-000 | | 4,669.75 | 8,257.96 |
| 12/06/11 | 003005 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2124 | Claim 000010, Payment 100.00000%<br>ACCOUNTANT FOR TRUSTEE | 3410-000 | | 945.00 | 7,312.96 |
| 12/06/11 | 003006 | CITIBANK (SOUTH DAKOTA) N.A.<br>PROCESSING CENTER<br>DES MOINES, IA 50367 | Claim 000001, Payment 0.25754% | 7100-000 | | 1,994.54 | 5,318.42 |
| 12/06/11 | 003007 | Inland Bank<br>c/o Carey Filter White & Boland<br>33 West Jackson Blvd<br>Chicago IL 60604-4092 | Claim 000004, Payment 0.25754% | 7100-000 | | 2,891.49 | 2,426.93 |
| 12/06/11 | 003008 | Inland High Leverage Capital<br>c/o Scott & Kraus LLC | Claim 000005, Payment 0.25754% | 7100-000 | | 2,255.09 | 171.84 |

Page Subtotals       15,479.43       15,307.59

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-34024 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | ZADIK, NATAN M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7549 BofA - Checking Account |
| Taxpayer ID No: | *******5277 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/11 | 003009 | 150 S Wacker Dr Suite 2900<br>Chicago, IL 60606<br>Delaware Place Bank<br>Sharon Liska<br>190 E. Delaware Place<br>Chicago, Il 60611 | Claim 000006, Payment 0.25755% | 7100-000 | | 46.61 | 125.23 |
| 12/06/11 | 003010 | Amcore Bank N.A.<br>c/o Fred R. Harbecke<br>29 S. LaSalle, Suite 945<br>Chicago, IL 60603 | Claim 000007, Payment 0.25753% | 7100-000 | | 125.08 | 0.15 |
| 12/06/11 | 003011 | United States Bankruptcy Court | REMITTED TO COURT<br>2    000002    0.15 | 7100-001 | | 0.15 | 0.00 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| | COLUMN TOTALS | | 15,479.43 | 15,479.43 | 0.00 |
| | Less: Bank Transfers/CD's | | 15,479.43 | 0.00 | |
| | Subtotal | | 0.00 | 15,479.43 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 15,479.43 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********9968 | 15,507.96 | 28.53 | 0.00 |
| BofA - Checking Account - ********7549 | 0.00 | 15,479.43 | 0.00 |
| | 15,507.96 | 15,507.96 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    171.84

Ver: 16.06a

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

| Case No: | 08-34024 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | ZADIK, NATAN M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7549  BofA - Checking Account |
| Taxpayer ID No: | *******5277 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 16.06a